**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Anthony FRILANDO, a/k/a Chino Frilando, Defendant–Appellant.**

**No. 12–6439.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

John Anthony Frilando, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Anthony Frilando appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Frilando*, No. 4:97–cr–00084–CWH–1 (D.S.C. Feb. 29, 2012); *see United States v. Dunphy*, 551 F.3d 247, 251–52 (4th Cir.2009) (holding that § 3582(c)(2)

does not authorize sentence below minimum of amended Guidelines range); *U.S. Sentencing Guidelines Manual* § 1B1.10(b)(2) (2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*